856

No. 269, Misc.   Robinson v. Ragen, Warden. Certiorari denied.

No. 270, Misc.   Thompson v. Illinois. Certiorari denied.

No. 275, Misc.   Harper v. Michigan. Certiorari denied.

No. 278, Misc.   Bernard v. Brady, Warden. Certiorari denied.